**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

CHARLES SCOTT, # 199675,     *
                                *
    Plaintiff,          *
                                *
vs.                         * CIVIL ACTION NO. 21-00249-KD-B
                                *
LT. MCKENZIE, *et al.*,     *
                                *
    Defendants.        *

<u>**ORDER**</u>

This action is before the Court on attorney Laura E. Howell's motion to withdraw from representation of Defendant Nathan McQuirter. (Doc. 31). In the motion, Ms. Howell states that she was appointed to represent Defendants Brandon McKenzie and Nathan McQuirter in this action while both Defendants were employed by the Alabama Department of Corrections ("ADOC"). (<u>Id.</u> at 1). However, Ms. Howell states that Defendant McQuirter's employment with ADOC was terminated last fall. (<u>Id.</u>). Ms. Howell states that after successfully contacting Defendant McQuirter following the termination of his employment to confirm that his forwarding contact information was correct, she has been unable to reach Defendant McQuirter by phone, text message, email, or U.S. mail, despite repeated attempts to obtain the information necessary to

file an amended answer and special report on his behalf.[1]   (Id. at 1-2).   Accordingly, Ms. Howell asks the Court to enter an order withdrawing her appearance as Defendant McQuirter's counsel of record, based on her inability to obtain the cooperation and assistance from Defendant McQuirter necessary to defend him in this lawsuit.   (Id. at 2).

On January 27, 2023, the Court entered an order informing Defendant McQuirter that if he did not object to the withdrawal of Ms. Howell as his attorney in this case, Ms. Howell's motion to withdraw from representation would be granted.   (Doc. 36 at 2). The Court warned Defendant McQuirter that if Ms. Howell was permitted to withdraw, it would be his responsibility to either retain new counsel to defend him in this action, or to defend himself and comply with the Court's deadlines and directives. (Id.).   The Court directed Defendant McQuirter, if he wished for Ms. Howell to continue to represent him in this action, to contact her and inform her of that fact no later than February 16, 2023, so that she could timely withdraw her motion and continue representing Defendant McQuirter in this matter.   (Id. at 3). Alternatively, if he elected to either proceed *pro se* or retain

---

[1] An amended answer and special report were due to be filed by both Defendants by January 13, 2023.   (See Docs. 28, 29, 30).   However, due to Defendant McQuirter's failure to remain in contact with his counsel, an amended answer and special report were timely filed on behalf of Defendant McKenzie only.   (See Docs. 32, 33).

new counsel to represent him in this matter, the Court directed Defendant McQuirter to file an amended answer and special report on or before February 28, 2023.  (Id.).

The record reflects that Ms. Howell has not withdrawn her motion to date.  Thus, it appears that Defendant McQuirter no longer wishes for Ms. Howell to continue representing him in this matter.  Accordingly, Ms. Howell's motion to withdraw from further representation of Defendant McQuirter in this action (Doc. 31) is **GRANTED**.

The Court reminds Defendant McQuirter that he is a party to this action.  Thus, it is his responsibility to either retain new counsel to represent him in this matter, or to defend himself and to comply with all of the deadlines and directives set out by the Court, including the existing directive to file an amended answer and special report addressing the subject inmate-on-inmate stabbing incident that is alleged to have occurred on February 26, 2020.  (See Doc. 28; Doc. 36 at 3).  If Defendant McQuirter fails to defend this action or otherwise fails to comply with the Court's deadlines and directives, he will be subject to sanctions, up to and including having his answer stricken and default entered against him.

The Clerk is hereby **DIRECTED** to send copies of this order to Defendant Nathan McQuirter, via mail and email, at the physical address and email address listed in Doc. 35.

**DONE** this **3rd** day of **April, 2023.**

                                        **/s/ SONJA F. BIVINS**
                              **UNITED STATES MAGISTRATE JUDGE**