# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES SCOTT #00199675,** <br> Plaintiff, <br><br> v. <br><br> **LT. MCKENZIE,** *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> )    **CIVIL ACTION: 1:21-00249-KD-B** <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objection filed, the Report and Recommendation of the Magistrate Judge (Doc. 51) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated August 4, 2023, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Plaintiff's "Motion for Default of Judgment Pursuant to F.R.Civ.P. Rule 55" (Doc. 37) is **DENIED.**

**DONE** and **ORDERED** this the **7th** day of **September 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**