# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES SCOTT, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION: 1:21-00249-KD-N |
| ) | |
| LT. MCKENZIE, *et al.*, ) | |
|     Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Amended Report and Recommendation of the Magistrate Judge (Doc. 54) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated December 11, 2023, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that the amended answer and amended special report filed by Defendant Brandon McKenzie (Docs. 32, 33), converted to a motion for summary judgment, is **GRANTED,** and Plaintiff's claims against Defendant McKenzie are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **24th** day of **January 2024.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**